United States Bankruptcy Court
District of Massachusetts

FILED
CLERK'S OFFICE
2004 MAR 22 P 3: 04
BANKRUPTCY COURT
WORCESTER, MA

In re
**ELIZABETH DUNN,**
Debtor

Chapter 7
Case No. 97-11301-JNF

**ELIZABETH DUNN,**
Plaintiff

v.

**04 CV 10830 GAO**

Adv. P. No. 02-1455

**JAMES N. ELLIS, JR., MALCOLM BURDINE
and GILLIAN SCHILLER,**
Defendants

### NOTICE OF APPEAL

James N. Ellis, Jr., the defendant appeals under 28 U.S.C. § 158 (ab) from the order of bankruptcy Judge Feeney this adversery proceeding on the 12th day of March, 2004.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Attorney for Plaintiff, Elizabeth Dunn, Mark W. Griffin, Esq., 104 State Street, Newburyport, Mass.

Defendant Gillian Schiller, 8 Norwich Street, Worcester, Mass.
Defendant Malcolm Burdine, 484 Main Street, Worcester, Mass.
Defendant James N. Ellis, Jr., 67 North Street, Shrewsbury, Mass.

Dated: March 22, 2004

Signed: _[signature]_
Address: _67 North St_
         _Shrewsbury, Mass_
Telephone No. _(508) 847-4860_

DOCKETED

United States Bankruptcy Court
District of Massachusetts

In re
**ELIZABETH DUNN,**
    Debtor

Chapter 7
Case No. 97-11301-JNF

**ELIZABETH DUNN,**
    Plaintiff

v.

Adv. P. No. 02-1455

**JAMES N. ELLIS, JR., MALCOLM BURDINE
and GILLIAN SCHILLER,**
    Defendants

## NOTICE OF ELECTION
## ELECTION OF U.S. DISTRICT COURT

The defendant, James N. Ellis, Jr. in the above-captioned matter, elects for his appeal of the order of bankruptcy judge, Joan Feeney, dated March 12, 2004, appealed on March 22, 2004, to be heard by the Federal District Court of Boston, Massachusetts.

Dated: March 22, 2004

Signed: _____

Address: _____

_____

Telephone No. _____

cc: Attorney for Appellant, Mark W. Griffin, Esq., Gillian Schiller, Malcolm Burdine

## CERTIFICATE OF SERVICE

I, James N. Ellis, Jr., do hereby depose and say that the enclosed Notice of Appeal and Election for Appeal to heard in the U.S. Federal District Court in Boston has been served by first class mail to the interested party or the counsel set forth on the enclosed Service List dated this the 22nd day of March, 2004

Signed under the pains and penalties of perjury this 22nd day of March, 2004.

_____
James N. Ellis, Jr.

FILED IN CLERK'S OFFICE
2004 MAR 22 D 3: 04
BANKRUPTCY COURT
WORCESTER, MA

23/2/2004  13:24    508-752-2631

## SERVICE LIST

1. Mark Griffin, Esq., 104 ___ Street, Newbury___ M___
2. Malcolm Burdine, 484 M___ Street, Worcest___ ___
3. Gillian Schiller, 8 Norwi___ Street, Worcester___ ___

FILED
IN CLERK'S OFFICE

2004 MAR 22 P 3: 04

BANKRUPTCY COURT
WORCESTER, MA.

March 22, 2003

U.S. Bankruptcy Court
ATTN: CLERK 1101
1101 Thomas P. O'Neill, Jr. Building
10 Causeway Street
Boston, MA 02222-1074

RE: In R: Elizabeth Dunn, Chapter 7 Case No. 97-1130JNF;
Adversary Complaint No. 02-1455; Filing of Plaintiff's Motion for Summary Judgment

Dear Sir/Madam:

Please find enclosed for filing and docketing the following documents:

1. Defendant, James N. Ellis, Jr.'s Notice of Appeal
2. Defendant, James N. Ellis, Jr.'s Notice of Election to have appeal heard in Federal District Court of Boston.
3. Certificate of Service

Kindly file same in usual manner.

Very truly yours,

James N. Ellis, Jr.

JNEjr/lc

cc: Marc Griffin, Esq.
    Gillian Schiller, Esq.
    Malcolm Burdine, Esq.