UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE:  ELIZABETH DUNN

BANKRUPTCY APPEAL

CIVIL ACTION NO. 04-10830-GAO

ORDER

O, TOOLE, D. J.

A Notice of Appeal of a decision of the Bankruptcy Court and the Record on Appeal having been filed in the above-entitled action on April 19, 2004,

IT IS HEREBY ORDERED that the Appellant's brief shall be filed on or before May 12, 2004 and the Appellee's brief shall be filed on or before May 27, 2004. The Appellant may file and serve a reply brief on or before June 7, 2004.

Failure of the Appellant to file a brief on the date set forth above will result in the entry of an Order dismissing the appeal. Failure of the Appellee to file a brief may result in a decision by the Court without further opportunity for presentation of arguments by the Appellee.

By the Court,

April 27, 2004
Date

/s/ Catherine M. Zawelik
Deputy Clerk

(BKAppeal Bro.wpd - 12/98)                                    [bro.]