UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re: )
)
) BANKRUPTCY APPEAL
Elizabeth Dunn ) C.A. No. 04-10830-GAO
)
)

## NOTICE OF APPEARANCE

The undersigned hereby appears as counsel for defendants James N. Ellis, Jr., Malcolm Burdine, and Gillian Schiller.

Respectfully submitted,

Max D. Stern
BBO No. 479560
STERN, SHAPIRO, WEISSBERG
 & GARIN, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: May 5, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail (by hand) on this date 5/5/04.

G:\SSWG\ELLIS\Dunn Bankruptcy\Appearance of counsel.wpd