UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re:                          )
                                )
                                )         BANKRUPTCY APPEAL
    Elizabeth Dunn              )         C.A. No. 04-10830-GAO
                                )
                                )

**DEFENDANTS' ASSENTED-TO MOTION TO
EXTEND THE TIME TO FILE BRIEFS**

Defendants hereby move to extend the time to file briefs in this appeal, as follows:

Defendant-Appellants' Brief: on or before June 11, 2004
Plaintiff-Appellee's Brief: on or before July 13, 2004
Defendant-Appellants' Reply Brief: on or before July 23, 2004.

In support thereof, defendants say as follows:

1. The undersigned counsel has just entered his appearance, and will need time to familiarize himself with the record and the issues, as well as to prepare the brief.

2. Plaintiff's counsel has assented to this request.

Respectfully submitted,

*/s/ Max D. Stern*
Max D. Stern
BBO No. 479560
STERN, SHAPIRO, WEISSBERG
 & GARIN, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: May 5, 2004

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail (by hand) on this date 5/5/04.

*/s/ Max D. Stern*

G:\SSWG\ELLIS\Dunn Bankruptcy\extend.mot.wpd