UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re: )
)
) BANKRUPTCY APPEAL
Elizabeth Dunn ) C.A. No. 04-10830-GAO
)
)

## NOTICE OF APPEARANCE

The undersigned hereby appears as counsel for defendants James N. Ellis, Jr., Malcolm Burdine, and Gillian Schiller.

Respectfully submitted,

*/s/ Max D. Stern*
Max D. Stern
BBO No. 479560
STERN, SHAPIRO, WEISSBERG
 & GARIN, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Dated: May 5, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail (by hand) on this date 5/5/04.

*/s/ Max D. Stern*

G:\SSWG\ELLIS\Dunn Bankruptcy\Appearance of counsel.wpd