UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -8  P 4: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

In Re:

Elizabeth Dunn

BANKRUPTCY APPEAL
C.A. No. 04-10830-GAO

## DEFENDANTS' SECOND ASSENTED-TO MOTION TO EXTEND THE TIME TO FILE BRIEFS

Defendants hereby move to extend the time to file briefs in this appeal, as follows:

Defendant-Appellants' Brief: on or before June 28, 2004
Plaintiff-Appellee's Brief: on or before July 21, 2004
Defendant-Appellants' Reply Brief: on or before August 2, 2004.

In support thereof, defendants say that, on account of important personal matters, the undersigned counsel has been outside of the office for all of last week and will be out for most of the current week, and therefore is unable to complete the brief in the time previously allotted.

Respectfully submitted,

Max D. Stern
BBO No. 479560
STERN, SHAPIRO, WEISSBERG
 & GARIN, LLP
90 Canal Street, Suite 500
Boston, MA  02114-2022
(617) 742-5800

Dated: June 8, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail (by hand) on this date_____.

G:\SSWG\ELLIS\Dunn Bankruptcy\extend.mot.wpd