UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ELIZABETH DUNN ) ) ) ) ) ) | Bankruptcy Appeal<br>CA NO.04-10830-GAO |

## ASSENETED MOTION TO EXTEND TIME TO FILE BRIEF

The Plaintiff hereby moves to extend the time to file briefs in this appeal, as follows:

Plaintiff/Appellee's Brief: On or before August 6, 2004;

Defendant/Appellants' Reply Brief: On or before August 16, 2004.

In support thereof the Plaintiff submits that her counsel received the Defendant/Appellant's brief on or about July 1, 2004 during the moving of his office and creation of a new law partnership. Plaintiff's counsel has had a busy calendar and, together with the move, has been unable to find time to draft the brief by the deadline of July 21, 2004. Further, the Defendant's counsel has received two (2) extensions and has assented to this extension

Respectfully submitted
ELIZABETH DUNN
By her attorney

*[signature]*

Mark W. Griffin
BBO#632302
GRIFFIN & TUCKER, P.C.
24R Pleasant Street
Newburyport, MA 01950
978-465-3590

Date: July 20, 2004

## CERTIFICATE OF SERVICE

I, Mark W. Griffin, Esq., counsel for the Plaintiff, do hereby certify and make affidavit that I have served a copy of the within documents by mailing same this 20th day of July, 2004, first class, postage prepaid, on counsel for the Defendants at the address listed below:

Max Stern, Esq.
Stern Shapiro Weissberg & Garin
90 Canal St., Suite 500
Boston, MA 02114

_____
MARK W. GRIFFIN