UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re:                         )
                               )
                               )        BANKRUPTCY APPEAL
     Elizabeth Dunn            )        C.A. No. 04-10830-GAO
                               )
                               )

## DEFENDANTS' ASSENTED-TO MOTION TO
## EXTEND THE TIME TO FILE REPLY BRIEF

Defendants hereby move to extend the time to their reply file brief in this appeal to

August 30, 2004. In support, defendant-appellants say as follows:

1. The plaintiff's brief was received on August 5, 2004.

2. Defendants' counsel is leaving on vacation today, August 6, 2004, for two weeks.

Respectfully submitted,

Max D. Stern
BBO No. 479560
STERN, SHAPIRO, WEISSBERG
  & GARIN, LLP
90 Canal Street, Suite 500
Boston, MA 02114-2022
(617) 742-5800

Assented to:

Mark Griffin
Attorney for Plaintiff
GRIFFIN & TUCKER, P.C.
24R Pleasant Street
Newburyport, MA 01950
(978) 465-3590

Dated: August 6, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy
of the above document was served upon the
attorney(s) of record for each other party
by mail (by hand) on August 6, 2004.

Max D. Stern

G:\SSWG\ELLIS\Dunn Bankruptcy\final.extend.mot reply.wpd