24 R Pleasant Street, Newburyport, MA 01950
Phone: 978-465-3590
Fax: 978-465-5630

**Griffin & Tucker, P.C.**

# Fax

| To: | Gina Edge/ Paul Lyness | From: | Mark Griffin, Esq. |
|---|---|---|---|
| Fax: | 617 748 9096 | Pages: | 1 including cover |
| Phone: | (Frances) 617 748 9152 | Date: | 12/7/2004 |
| Re: | Dunn v Dunn et al | CC: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

This is in follow up to a voice mail I left for Gina Edge this afternoon.

Please be advised that Attorney Mark Griffin will be waiving his oral argument which is set for tomorrow due to a medical/dental emergency.

Oral Argument on Bankruptcy Appeal

December 8, 2004 at 2:00 pm in Courtroom 9 before George A. O'Toole Jr.

The Case Name: Dunn v. Dunn et al

The Case Number: 1:04-cv-10830

Please call me to confirm you received this message/fax. Thank you for your cooperation.

Sincerely,

Christine Menard

Griffin & Tucker, Secretary