UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


In Re  ELIZABETH A. DUNN
                    Debtor

                                                        CIVIL ACTION
                                                        NO.    04-10830-GAO

  JAMES N. ELLIS, JR., MALCOLM L. BURDINE,
and  GILLIAN SCHILLER
                    Appellants

              V.

ELIZABETH A. DUNN
                    Appellee
                                        ORDER OF REMAND


  O'TOOLE        D. J.


        Pursuant to the court's Memorandum and Order, dated March 31, 2005, the

bankruptcy court's October 3, 2003 order granting summary judgment for Dunn is

REVERSED, and the March 12, 2004 imposition of sanctions pursuant to that order is

VACATED.  The matter is remanded to the bankruptcy court for further proceedings on the

complaint for contempt.                              .


                                                By the Court

 3/31/05                                         Paul S. Lyness
            Date                                    Deputy Clerk


(OrderOnMotion.wpd - 3/20/03)